UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
SEP 27 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELECTIONMALL, INC.(3),<br><br>Defendant. | CASE NO. 14CR0388 MMA<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be dismissed for the reason that the Court has granted the motion of the Government for dismissal as to all counts, without prejudice.

IT IS THEREFORE ADJUDGED that all counts against Defendant Electionmall Inc. are hereby dismissed without prejudice.

DATED: 9/25/2017

Michael M. Anello
U.S. District Judge